# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVION ROBERTS,<br><br>   Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants. | Civil Action No: 4:23-cv-00403 |

## ORDER

Plaintiff DAVION ROBERTS and Defendant EQUIFAX INFORMATION SERVICES, LLC, have settled all claims against each other. In accordance with parties' Joint Stipulation of Dismissal with Prejudice, the Plaintiff's causes of action against Defendant EQUIFAX INFORMATION SERVICES, LLC are hereby DISMISSED with prejudice, with the parties to bear their own costs and attorney's fees.

The Clerk is directed to terminate Equifax Information Services, LLC as a party to this case.

**IT IS SO ORDERED.**

SIGNED this 27th day of June, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE